No. D–2708. IN RE DISCIPLINE OF FRIEDMAN. David Alan Friedman, of Louisville, Ky., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2709. IN RE DISCIPLINE OF WANNINGER. Albert M. Wanninger, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2710. IN RE DISCIPLINE OF FITZGERALD. Henry St. John FitzGerald, of Arlington, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2711. IN RE DISCIPLINE OF DONOFRIO. Anthony C. Donofrio, of Massapequa, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2712. IN RE DISCIPLINE OF BOYD. Joan M. Boyd, of Gillett, Wis., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 12M96. ANDERSON v. INTER-CON SECURITY SYSTEMS, INC.;
No. 12M97. WASHINGTON v. EAST BATON ROUGE PARISH ET AL.;
No. 12M99. CARTER v. MAXIMOV ET AL.; and
No. 12M101. SHRINER v. WILD JACK'S CASINO ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 12M98. HOWARD v. JOSEPH ET AL. Motion for leave to proceed as a veteran denied.